# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

KENNETH T. NEWSOME, II,

    Plaintiff,

v.

CIVIL ACTION NO.: CV611-043

CHERRYL AMBROSE; KATHY MARTIN; SANDRA MOORE; Officer PALMER; Officer ROBINSON; D. W. JOHNSON; STANLEY WILLIAMS; SHAWN SIKES; Ms. HOLLOWAY, Media Resource Specialist; Nurse GRUBBS; and Officer CHAMBLISS,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that he was assaulted on several occasions and suffered injuries as a result. Even accepting as true the contentions Plaintiff sets forth in his Objections, these contentions underscore the Magistrate Judge's determination that Plaintiff was not in imminent danger of serious physical injury at the time he filed his Complaint on May 6, 2011. Plaintiff sets forth events in his Complaint and in his Objections which allegedly occurred either a few weeks before he filed his Complaint or nearly two weeks after the filing of his Complaint.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. Should Plaintiff wish to proceed with his contentions, he may resubmit his Complaint along with the entire filing fee. The Clerk of Court is authorized to enter the appropriate judgment of dismissal.

SO ORDERED, this 28th day of August, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA